IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHANNON MINNICK, | * | |
| Plaintiff, | * | |
| v. | * | Case No. |
| SOUTHWEST AIRLINE CO. | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

Defendant, Southwest Airline Co., hereby removes Case No. C-02-CV-22-001389 from the Circuit Court for Anne Arundel County, Maryland, to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for its removal states as follows:

### Statement of the Case

1.      The above-captioned action was filed by Plaintiff Shannon Minnick on or about August 18, 2022 in the Circuit Court for Anne Arundel County, Maryland, Case No. C-02-CV-22-001389. A copy of the Complaint is attached hereto as **Exhibit A**.

2.      Defendant Southwest Airline Co. was served with the summons and Complaint on October 31, 2022. A copy of the Summons is attached hereto as **Exhibit B**.

3.      Plaintiff Shannon Minnick on or about November 29, 2022 filed her Amended Complaint in the Circuit Court for Anne Arundel County, Maryland, Case No. C-02-CV-22-001389. A copy of the Amended Complaint is attached hereto as **Exhibit C**.

4.      The Amended Complaint asserts a Count for Negligence and Negligent Training and Supervision.

5.      In Plaintiff's Amended Complaint, for the first time, Plaintiff seeks relief including compensatory and other damages "in excess of Seventy-Five Thousand Dollars ($75,000.00)." *See* **Exhibit C**, p. 14.

### Diversity Jurisdiction pursuant to 28 U.S.C. §1332(a)

6.      This Court has jurisdiction over this matter under 28 U.S.C. §1332(a), because there is complete diversity of citizenship between Plaintiff and Defendant, and more than Seventy-Five Thousand Dollars ($75,000.00) (exclusive of interest and costs) is at stake.

7.      Plaintiff alleges that she is a resident/citizen of the State of Maryland.

8.      Defendant, Southwest Airline Co. is not a citizen of Maryland because it is a corporation formed under the laws of the State of Texas.

9.      Plaintiff in this action request unspecified compensatory damages in excess of Seventy-Five Thousand Dollars ($75,000.00), as well as attorneys' fees and costs. Thus, over Seventy-Five Thousand Dollars ($75,000.00) is in controversy and the jurisdictional threshold under 28 U.S.C. §1332(a) is satisfied.

### Conclusion

10.     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 103.5.a. a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action which have been served upon Defendant, Southwest Airline Co., are being filed with this Notice of Removal.

11.     This Notice of Removal is being filed within 30 days of the date that Plaintiff amended her Complaint raising her *ad damnum* in excess of Seventy-Five Thousand Dollars ($75,000.00). It has not been more than one year since suit in State Court was originally filed. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

277889713v.1

12.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the District of Maryland is the federal judicial district embracing the Circuit Court for Anne Arundel County, where the State Court Action was originally filed.

13.     By notice of Removal, Defendant, Southwest Airline Co., do not waive any objections they may have as to service, jurisdiction, or venue, or any other defenses or objections they may have to this action. Defendant intends no admission of fact, law, or liability by this Notice, and expressly reserve all defenses, motions, and or pleas.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Emily F. Belanger*_____
Kathryn A. Grace (Bar No. 18770)
Emily F. Belanger (Bar No. 18893)
250 West Pratt Street, Suite 2200
Baltimore, MD 21201
Phone:  (410) 538-1800
Fax: (410) 962 -8758
Kathryn.Grace@wilsonelser.com
Emily.Belanger@wilsonelser.com
*Counsel for Defendant Southwest Airline Co.*

277889713v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing was served via CM/ECF on this 30th day

of November 2022 to:

Arren T. Waldrep
Matthew Sadler
Price Benowitz, LLP
409 7th Street, NW, Suite 200
Washington, DC 20004
arren@pricebenowitzlaw.com
msadler@pricebenowitzlaw.com
*Attorneys for Plaintiff*


By:     */s/ Emily F. Belanger*
          Emily F. Belanger

277889713v.1